McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YENG YANG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CASE NO. **2:04-CV-01887-DAD**<br><br>STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; ORDER |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  On remand, the ALJ will be directed to identify whether the proper Comparison Point Decision was in 1989, as indicated in the current ALJ decision, or if that decision was superceded by a subsequent decision.  The ALJ will also develop the record by seeking any records relating to any further continuing disability review.  The ALJ will also revisit the Plaintiff's residual functional capacity and whether she experienced medical improvement in light of all record medical evidence.

　　　　It is further stipulated that the Clerk shall enter a separate judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

　　　　The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby

1

authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: July 13, 2005         /s/ Jesse S. Kaplan
                             JESSE S. KAPLAN
                             Attorney at Law

                             Attorney for Plaintiff

DATED: July 15, 2005         McGREGOR W. SCOTT
                             United States Attorney

                         By: /s/ Bobbie J. Montoya
                             BOBBIE J. MONTOYA
                             Assistant U. S. Attorney

                             Attorneys for Defendant

OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

PETER K. THOMPSON
Assistant Regional Counsel

United States Social
  Security Administration

_____ o0o_____

## ORDER

**This case is hereby remanded pursuant to sentence four of 42 U.S.C. 405(g) for further proceedings consistent with the stipulation of the parties. The prior administrative decision is vacated and the Clerk of the Court is directed to enter Judgment.**

**SO ORDERED.**

**DATED: July 20, 2005.**

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1/orders.socsec/yang1887.stipord

RE:     YENG YANG v. JO ANNE B. BARNHART, Case No. 2:04-CV-01887- DAD, STIPULATION AND ORDER STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; [proposed] ORDER

2